# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2006

Clifford W. Taylor,
Chief Justice

131776

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

SC: 131776
COA: 266461
Oakland CC: 2001-179864-FC

CHRISTOPHER A. JOHNSON,
            Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 7, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

Clerk

p1120